UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DIANE COOPER,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:21-cv-01767-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE REVISED SCHEDULING ORDER** |

The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

Dated: __March 23, 2022__         /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE